UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62552-CIV-SCOLA/ROSENBAUM

ACCESS 4 ALL, INC., and
JOE HOUSTON,

        Plaintiffs,

v.

HOLLYWOOD SUBS, INC., d/b/a
Miami Subs,

        Defendant.
_____/

**ORDER EXPEDITING PLAINTIFFS' RESPONSE**

      This matter comes before the Court upon Defendant Hollywood Subs, Inc.'s Motion for Protective Order Under Rule 26(c) ("Defendant's Motion") [D.E. 26].  In its Motion, Defendant seeks a protective order shielding Singer Architects, Inc., from a deposition currently scheduled to proceed on March 15, 2012, on the basis that Singer Architects, Inc., was engaged by Defendant and its counsel as a non-testifying expert to aid in defense preparation.  In view of the impending deposition, the Court finds good cause to expedite Plaintiffs' response and Defendants' reply. Accordingly, Plaintiffs shall file their response to Defendant's Motion by **12:00 p.m., Monday, March 12, 2012**, and Defendant shall file its reply by **12:00 p.m., Tuesday, March 13, 2012**.

      **DONE AND ORDERED** this 8th day of March 2012.

                                                                                                   _____
                                                                                 ROBIN S. ROSENBAUM
                                                                                 UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert N. Scola, Jr.

Counsel of Record