UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-62552-CIV-SCOLA/ROSENBAUM

ACCESS 4 ALL, INC., and
JOE HOUSTON,

                Plaintiffs,

v.

HOLLYWOOD SUBS, INC., d/b/a
Miami Subs,

                Defendant.

_____/

**ORDER VACATING D.E. 27 AND SETTING HEARING**

This matter comes before the Court upon Third Party Access 4 All, Inc.'s Objection to Notices of Deposition and Subpoena and Motion for Protective Order [D.E. 28]. In its Notice and Motion, Access 4 All, Inc., seeks a protective order excusing it from producing documents pursuant to a subpoena *duces tecum* and for sitting for a deposition scheduled for March 14, 2012. *See id.* Yesterday, Defendant Hollywood Subs, Inc., filed its Motion for Protective Order Under Rule 26(c) [D.E. 26]. In Defendants' Motion, Defendant seeks a protective order shielding Singer Architects, Inc., from a deposition currently scheduled to proceed on March 15, 2012, on the basis that Singer Architects, Inc., was engaged by Defendant and its counsel as a non-testifying expert to aid in defense preparation. *See* D.E. 26. Based on the impending deposition, the Court expedited Plaintiff's response and Defendants' reply regarding Defendants' Motion.

Now that a second discovery motion has been filed with an even shorter deadline, the Court finds it appropriate to **VACATE** yesterday's Order [D.E. 27] and set both Motions [D.E. 26 and D.E.

28] for a hearing in an effort to resolve the Motions prior to the scheduled depositions. Accordingly, a hearing shall be held on both Motions on **Tuesday, March 13, 2012, at 2:00 p.m., in Courtroom 310-B, 299 Broward Boulevard, Fort Lauderdale, Florida 33301**. In addition, should either party desire to respond in writing to the pending Motion directed towards it, that party shall file its brief by no later than **5:00 p.m., Monday, March 12, 2012**.

**DONE AND ORDERED** this 9th day of March 2012.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert N. Scola, Jr.

Counsel of Record